IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 JUL 18 PM 5:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

VS                          CR. NO. 02-20268-D

ALBERT BROWN

    Defendant.

### ORDER OF DISMISSAL

This cause came on for a final revocation hearing on July 18, 2005, the Assistant United States Attorney for this District, Linda Harris, representing the Government, and the defendant, Albert Brown, appearing in person and with counsel, Doris Randle-Holt.

After hearing counsel, the defendant and the probation officer's statements, the Court finds that the defendant has successfully completed the terms of Supervised Release.

**IT IS HEREBY ORDERED AND ADJUDGED** that the period of Supervised Release is terminated and the Petition on Supervised Release is DISMISSED.

ENTERED this the _18_ day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:02-CR-20268 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT